876

No. 79–5128.  Lyons *v.* Sullivan et al.  C. A. 1st Cir. Certiorari denied.

No. 79–5130.  Maguire *v.* United States.  C. A. 1st Cir. Certiorari denied.

No. 79–5131.  Montgomery *v.* United States.  C. A. 5th Cir.  Certiorari denied.

No. 79–5132.  Remiro *v.* California.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 79–5134.  Devone *v.* United States.  Ct. App. D. C. Certiorari denied.

No. 79–5135.  Watts *v.* United States.  C. A. 6th Cir. Certiorari denied.

No. 79–5136.  Givens *v.* United States.  C. A. 5th Cir. Certiorari denied.

No. 79–5138.  Alim, aka McQueen *v.* Metz, Correctional Superindent.  C. A. 2d Cir.  Certiorari denied.

No. 79–5140.  Peters *v.* Georgia.  Ct. App. Ga.  Certiorari denied.

No. 79–5141.  LoMonaco *v.* Harris, Correctional Superintendant.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 79–5142.  Jackson *v.* Beatrice Food Co., dba Meadow Gold Dairies.  C. A. 5th Cir.  Certiorari denied.

No. 79–5144.  Coffey *v.* United States.  C. A. 2d Cir. Certiorari denied.